sentence shall be amended to 3 years with 2 years suspended. The sentence shall run consecutive to term presently serving and during the suspended portion of this sentence, the Defendant shall be under the Supervision of the Department of Adult Probation and Parole.

Reasons for the amendment are:

(1) The aggravated circumstances under which the Defendant walked away indicates that he was acting under extreme duress at the time,

(2) the sentence he is serving now, won't expire until approximately January 1988, less good time, therefore the escape charge will not start to run until that time, and

(3) the Defendant is young enough for significant rehabilitation.

We wish to thank Jim Maher of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Second Judicial District, County of Silver Bow, STATE OF MONTANA, Plaintiff vs. WILLIAM LITTLE, Defendant.

## DECISION

No. 82-CR-96

The application of the above-named defendant for a review of the sentence of 20 years imposed on March 14, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 20 years with 10 years suspended. The Defendant shall be under the Supervision of the Department of Adult Probation and Parole for the suspended portion of this sentence.

Reasons for the amendment are:

(1) This is the Defendant's first criminal offense of any kind, and;

(2) this Court finds that the Petitioner had an excellent employment record prior to this crime and is likely to be a good candidate for rehabilitation.

We wish to thank Dave Wysoski of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Second Judicial District, County of Silver Bow, STATE OF MONTANA, Plaintiff vs. KEITH WAYNE KRAUSE, Defendant.

## DECISION

No. 82-CR-56

The application of the above-named defendant for a review of the sentence of 10 years on each of 4 counts of Burglary and 4 counts of Theft; all to be served concurrently; imposed on July 30, 1982, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Board finds that the Defendant needs further structure in his life and the sentence imposed was not excessive considering all the circumstances.

We wish to thank Jeff Tanzer of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

### SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Second Judicial District, County of Silver Bow, STATE OF MONTANA, Plaintiff vs. HUBERT JOHN WORRING, Defendant.

## DECISION

No. 83-CR-32

The application of the above-named defendant for a review of the sentence of 20 years on each of two counts; to be served concurrently imposed on June 8, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Board recognizes that the Defendant is suffering from Delayed Stress Syndrome and recommends that treatment for this mental disorder be further explored and if necessary have the inmate transferred to a facility that can offer him professional help in this specialized area.

We wish to thank Dave Hoffman of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

### SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the First Judicial District, County of Lewis and Clark, STATE OF MONTANA, Plaintiff vs. RICHARD WILLIAMSON, Defendant.